Reversed and Remanded and Opinion filed August 1, 2002









Reversed and Remanded and Opinion filed August 1,
2002. 

 

In The

 

Fourteenth Court of Appeals

                                                    ____________       

 

NO.
14-02-00301-CV

____________

 

ABCO AVIATION, INC., Appellant

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT and 

HARRIS
COUNTY APPRAISAL REVIEW BOARD, Appellees

 



 

On Appeal from the 280th District Court

Harris County, Texas

Trial Court Cause No. 01-00713

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed December 19,
2001.  On July 26, 2002, the
parties filed a joint motion to reverse the judgment and remand the cause to
the trial court for entry of an agreed final judgment.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for entry of an agreed judgment.

PER CURIAM








Judgment rendered and Opinion
filed August 1, 2002.

Panel consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P. 47.3(b).